# ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 1 6 2003

LUTHER D. THOMAS, Clerk
By: _____
                    Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

UNITED STATES OF AMERICA, )
)
             Plaintiff, )
)                Civil Action No.
          v. )
)                **1:03-CV-2789**
HI-TECH PHARMACEUTICALS, INC., )
NATIONAL UROLOGICAL GROUP, INC., )
NATIONAL INSTITUTE FOR CLINICAL )              **RLV**
WEIGHT LOSS, INC., AMERICAN WEIGHT )
LOSS CLINIC, INC., UNITED METABOLIC )
RESEARCH CENTER, INC., corporations;)
and JARED R. WHEAT, an individual, )
)
             Defendants. )

## COMPLAINT FOR PERMANENT INJUNCTION

The United States of America, for its compliant against the
defendants, respectfully represents as follows:

1.   This statutory injunction proceeding is brought
pursuant to the Federal Food, Drug, and Cosmetic Act ("FDCA"),
under 21 U.S.C. § 332(a), to enjoin Hi-Tech Pharmaceuticals,
Inc., National Urological Group, Inc., National Institute for
Clinical Weight Loss, Inc., American Weight Loss Clinic, Inc.,
and United Metabolic Research Center, Inc., corporations, and
Jared R. Wheat, an individual (hereinafter "defendants"), from
violating:

a.   21 U.S.C. § 331(d), by introducing or delivering for
introduction into interstate commerce, or causing to be

FORMS RECEIVED
Consent To US Mag.
Pretrial Instructions
Title VII NTC

introduced or delivered for introduction into interstate commerce, new drugs within the meaning of 21 U.S.C. § 321(p) that are not approved under 21 U.S.C. § 355(a); and

    b.   21 U.S.C. § 331(a), by introducing or delivering for introduction into interstate commerce, or causing to be introduced or delivered for introduction into interstate commerce, drugs that are misbranded within the meaning of 21 U.S.C. §§ 352(f)(1) and 352(a);

    2.   This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1337, and 1345, and 21 U.S.C. § 332(a).

    3.   Venue in this district is proper under 28 U.S.C. §§ 1391(b) and (c) and Local Rule 3.1 of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia.

    4.   Defendant Hi-Tech Pharmaceuticals, Inc. is incorporated under the laws of the State of Georgia, with its principal place of business located at 5675 Jimmy Carter Blvd., Suite 720, Norcross, Georgia 30071, within the jurisdiction of this Court. Hi-Tech Pharmaceuticals, Inc. is engaged in storing, processing, labeling, packing, promoting, and distributing articles of drug within the jurisdiction of this Court.

    5.   Defendant National Urological Group, Inc. is incorporated under the laws of the State of Alabama, with its principal place of business located at 5675 Jimmy Carter Blvd.,

Suite 720, Norcross, Georgia 30071, within the jurisdiction of
this Court.  National Urological Group, Inc. is engaged in
storing, processing, labeling, packing, promoting, and
distributing articles of drug within the jurisdiction of this
Court.

   6. Defendant National Institute for Clinical Weight Loss,
Inc. is incorporated under the laws of the State of Alabama, with
its principal place of business located at 5675 Jimmy Carter
Blvd., Suite 720, Norcross, Georgia 30071, within the
jurisdiction of this Court.  National Institute for Clinical
Weight Loss, Inc. is engaged in storing, processing, labeling,
packing, promoting, and distributing articles of drug within the
jurisdiction of this Court.

   7. Defendant American Weight Loss Clinic, Inc. is
incorporated under the laws of the State of Georgia, with its
principal place of business located at 5675 Jimmy Carter Blvd.,
Suite 720, Norcross, Georgia 30071, within the jurisdiction of
this Court.  American Weight Loss Clinic, Inc. is engaged in
storing, processing, labeling, packing, promoting, and
distributing articles of drug within the jurisdiction of this
Court.

   8. Defendant United Metabolic Research Center, Inc. is
incorporated under the laws of the State of Alabama, with its
principal place of business located at 5675 Jimmy Carter Blvd.,

Suite 720, Norcross, Georgia 30071, within the jurisdiction of this Court. United Metabolic Research Center, Inc. is engaged in storing, processing, labeling, packing, promoting, and distributing articles of drug within the jurisdiction of this Court.

9.   Defendant Jared R. Wheat, an individual, is the President, a member of the Board of Directors, and a major stockholder for all defendant corporations. Defendant Wheat also was the sole incorporator of Hi-Tech Pharmaceuticals, Inc., National Urological Group, Inc., American Weight Loss Clinic, Inc., and United Metabolic Research Center, Inc, and a co-incorporator of National Institute for Clinical Weight Loss, Inc. He is the most responsible individual for all the day-to-day operations of all of these corporations. Defendant Wheat is responsible for all product specifications, product labeling, sales, and marketing.

10.  Defendants also do business under a variety of other names, including Advanced Metabolic Technologies, American Bariatric Group, Berkshire-Wheat Research Center, Richmond-Klein Pharmaceutical Services, Urological Research Laboratories, Urological Health Institute, Smith-Holda Pharmaceuticals, and Warner Laboratories. The defendants actively use these "dba" entities for marketing purposes. While the product labeling for these companies often contains addresses other than that of the

4

Norcross, Georgia facility, those addresses are for business or mail service centers.  The sole physical location for these entities is 5675 Jimmy Carter Blvd., Suite 720, Norcross, Georgia 30071, within the jurisdiction of this Court.

11.   Defendants have been and are now engaged at their facility at 5675 Jimmy Carter Blvd., Suite 720, Norcross, Georgia 30071, in storing, processing, labeling, packing, promoting, and distributing in interstate commerce products labeled as "dietary supplements."  Because the defendants promote these products for the cure, mitigation, treatment, or prevention of disease in man, they are drugs within the meaning of 21 U.S.C. § 321(g), that are misbranded within the meaning of 21 U.S.C. §§ 352(f)(1) and 352(a), and unapproved in violation of 21 U.S.C. § 355(a).

12.   For example, the defendants claim that Dexalean, Lipodrene, Thermalean, and Thermo-Z are intended to treat obesity.  The defendants claim that Dioxadren, Zebutol, Vigor-RX, and Uropin are intended to treat erectile dysfunction.

13.   The defendants make drug claims for their products through an integrated unsolicited mass mailing scheme.  At the defendants' direction, a mailing service sends brochures and order forms describing the products and the diseases they are intended to cure, mitigate, treat, or prevent, to customers and potential customers, based on lists provided by Defendant Wheat.

5

14.   The brochures and order forms are "labeling" within the
meaning of 21 U.S.C. § 321(m) because they are "labels and other
written, printed, or graphic matter (1) upon any article or any
of its containers or wrappers or (2) accompanying such article."
The phrase "accompanying such article" does not require physical
attachment; it encompasses materials that supplement or explain a
product, even if the materials do not travel with the product.
See Kordel v. United States, 335 U.S. 345, 349-350 (1948).

15.   Defendants also make drug claims for Betadrene-SR,
Thermalean, Dioxadren, Diotrex, Stamina-Rx, Stimerex, Lipodrene,
and Cyclovar on the Internet at www.betadrene.com,
www.weightlosscontrol.com, www.thermalean.cc,
www.berkshirewheat.com, www.hitechpharma.com, and
www.cyclovar.com.   Consumers can order the drugs directly through
those Internet websites or through toll-free telephone numbers
provided on the websites.

16.   Dexalean, Lipodrene, Thermalean, Thermo-Z, Dioxadren,
Zebutol, Vigor Rx, and Uropin are "drugs" within the meaning of
the FDCA, 21 U.S.C. § 321(g)(1)(B), because the products'
labeling establishes that they are intended to be used in the
cure, mitigation, treatment, or prevention of disease in man.

17.   Dexalean, Lipodrene, Thermalean, Thermo-Z, Dioxadren,
Zebutol, Vigor Rx, and Uropin are also "new drugs" within the
meaning of 21 U.S.C. § 321(p), because they are not generally

6

recognized, among experts qualified by scientific training and experience to evaluate the safety and effectiveness of drugs, as safe and effective for use under the conditions prescribed, recommended, or suggested in their labeling.

18. Typical and illustrative of the types of disease claims that defendants have been making about their products are the following:

a.   **Dexalean**: "... our focus has centered on individuals who have lived with the pain of chronic obesity...," "We have SEEN the profound impact Dexalean can have on the lives of those who have suffered (for the last time) the pain of obesity!" and "This potent nutriceutical has been used for centuries to safely treat edema, diabetes, and obesity."

b.   **Lipodrene**: "The availability in nature of equivalents and substitutes for Xenical, Meridia, and Fastin are destined to make Lipodrene ... America's strongest diet aid!"

c.   **Thermalean**: "Naturally Occurring Equivalents and Substitutes for Sibutramine (Meridia), Orlistat (Xenical), and Phentermine (Fastin) in Thermalean's Core Pharmaceutical Composition and Formulation," "Thermalean's proprietary components have been proven to ... inhibit Lipase for obesity management ... without dangerous side-effects associated with prescription drugs," "By approaching obesity with a proprietary nutriceutical rather than a new prescription drug our firm has

7

foregone more than a billion dollars virtually guaranteed to any new prescription diet drug upon FDA approval," "Our primary concern is bringing the safest, most effective diet aid to the 80 million Americans who are 20% or more above their ideal body weight," "With the countless life-threatening diseases directly linked to obesity time was of the essence," and "Try Thermalean today and win the battle against obesity."

   d. **Thermo-Z**: "The Right Move Against Obesity ...," "substitutes for Meridia ...," "replaces Fastin ...," "the natural alternative to Xenical," and "Thermo-Z utilizes substitutes in nature for each of the three FDA approved weight loss products: Meridia, Xenical, and Fastin."

   e. **Dioxadren**: "The most exciting and comprehensive compound ever released for Erectile Dysfunction," "Dioxadren - The New Standard in Treatment for Erectile Dysfunction," and "... Leaves Viagra Behind."

   f. **Zebutol**: "In the absence of this blood-flow, erectile dysfunction becomes even more dysfunctional," and "ONE TRY ... and you will understand why Zebutol is SERIOUSLY an alternative to Viagra."

   g. **Vigor Rx**: "Vigor Rx contains 4 active compounds to accomplish this goal 'mimicking the effects of Viagra'," "Vigor Rx is by far our most powerful and effective aid for ... erectile dysfunction," and "Vigor Rx works for men with severe erectile

dysfunction due to prostate problems, diabetes, high blood
pressure, etc. ..."

h.  **Uropin**: "... offers significant support for any man
experiencing difficulties with erectile function," and "Our
manufacturing facility is FDA approved ...."

19.  Dexalean, Lipodrene, Thermalean, Thermo-Z, Dioxadren,
Zebutol, Vigor Rx, and Uropin are manufactured according to
Defendant Wheat's specifications by contract manufacturers
located in New Jersey and Florida, and are shipped to the
defendants' facility in Georgia in interstate commerce, within
the meaning of 21 U.S.C. § 321(b).  The articles of drugs are
further shipped by the defendants to customers in interstate
commerce, within the meaning of 21 U.S.C. § 321(b), to places
outside of Georgia.

20.  No approved new drug applications filed pursuant to 21
U.S.C. § 355(b) or exemption from such requirement under 21
U.S.C. § 355(i) are in effect for the products.  Accordingly,
pursuant to 21 U.S.C. § 355(a), these products may not be
introduced lawfully into interstate commerce.

21.  Defendants violate 21 U.S.C. § 331(d) by introducing or
delivering for introduction into interstate commerce unapproved
new drugs.

22.  The drugs are also misbranded within the meaning of 21
U.S.C. § 352(f)(1) in that their labeling fails to bear adequate

9

directions for their intended uses, because there are no adequate and well-controlled clinical studies of these products upon which such directions could be based.

23.   Uropin is also misbranded within the meaning of 21 U.S.C. § 352(a) in that its labeling is false and misleading, because it states that the product is manufactured in an FDA-approved facility and FDA does not approve such facilities. Cyclovar, Sigra, Spontane ES, Stamina RX, Stamina RX for Women, Uroprin, and Vigor Rx are also misbranded within the meaning of 21 U.S.C. § 352(a), in that they contain an active pharmaceutical ingredient, tadalafil, that is not declared on their labels.

24.   Defendants violate 21 U.S.C. § 331(a) by doing or causing the introduction or delivery for introduction into interstate commerce of misbranded drugs.

25.   Defendants have been notified and are aware that their activities violate the FDCA.  In a March 2000 Warning Letter, the Food and Drug Administration ("FDA") warned Defendants Hi-Tech and Wheat that disease claims for Betadrene-SR product, which included references to obesity and a comparison of the product to prescription diet drugs including Phen-fen and Redux, caused their product to be an unapproved new drug.

26.   In March 2002, FDA issued a second Warning Letter to Defendants Hi-Tech and Wheat.  In that letter, FDA stated that materials claiming that Metanabol is intended to "support the

10

erectile function of all men who have experienced any degradation in erectile health," and is "virtually safe" for all people, including those with health problems, caused the product to be an unapproved new drug.  The March 2002 Warning Letter also explained that Metanabol was misbranded within the meaning of 21 U.S.C. § 352(f)(1), in that its labeling failed to bear adequate directions for use.

27.  Despite these efforts by FDA to bring the defendants into compliance with the FDCA, and despite verbal agreements from Defendant Wheat to bring the defendants' products into compliance, the defendants continue to distribute misbranded and unapproved new drugs.

Plaintiff is informed and believes that, unless restrained by this Honorable Court, the defendants will continue to violate 21 U.S.C. § 331(a) and (d) in the manner alleged.

WHEREFORE, plaintiff prays that this Court:

1.  Permanently enjoin the defendants, and each and all of their officers, agents, representatives, employees, successors, assigns, attorneys, and any and all persons in active concert or participation with any of them (including affiliates and "doing business as" entities) from:

a.  storing, processing, labeling, packing, or distributing misbranded drugs in violation of 21 U.S.C. § 331(a); and

11

     b.    storing, processing, labeling, packing, or distributing unapproved new drugs in violation of 21 U.S.C. § 331(d);

     2.    Award plaintiff the costs of bringing this action, including the costs of FDA's inspections of the defendant's facilities conducted after March 2000, when the defendants were warned about distributing misbranded and unapproved new drugs;

     3.    Award plaintiff the costs associated with any inspections conducted by FDA to ensure compliance with any order of injunction entered by this Court; and

4.   Award plaintiff any such other and additional relief as the Court may determine to be proper and just.

Respectfully submitted,

WILLIAM S. DUFFEY, JR.,
United States Attorney

LAURA S. KENNEDY
Bar No. 696541
Assistant U.S. Attorney
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303-3309
Phone:  (404) 581- 6292
Fax:  (404) 581-6150

GERALD C. KELL
Senior Trial Counsel
Office of Consumer Litigation
Department of Justice
P.O. Box 386
Washington, DC  20044
telephone: (202) 514-1586
facsimile: (202) 514-8742

OF COUNSEL:

ALEX M. AZAR II
General Counsel
Department of Health and Human Services

DANIEL E. TROY
Chief Counsel
Food and Drug Administration

BARBARA J. ALKALAY
Associate Chief Counsel

13

Food and Drug Administration
Rockville, Maryland 20857
telephone: (301) 827-9106
facsimile: (301) 827-7876